# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1856
_____

United States of America

*Plaintiff - Appellee*

v.

Luis Eduardo Pineda-Zarao

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: May 6, 2026
Filed: May 11, 2026
[Unpublished]
_____

Before GRUENDER, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

Luis Pineda-Zarao appeals a condition of supervised release imposed by the district court[1] after a jury found him guilty of a drug offense. He argues the district

_____

[1]The Honorable David Gregory Kays, United States District Judge for the Western District of Missouri.

court plainly erred by imposing a special condition related to substance abuse testing, because the condition is overbroad and he has no documented substance abuse.

Upon careful review, we find no reversible plain error. *See United States v. Jackson*, 33 F.4th 523, 528 (8th Cir. 2022) (per curiam) (standard of review); *see also United States v. Poitra*, 648 F.3d 884, 892 (8th Cir. 2011) (relief under plain-error review is exceptional remedy to be used sparingly and only when justice so requires). Accordingly, we affirm.

_____